UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW THOMAS HOUFF,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | 4:22-CV-04070-KES<br><br>GOVERNMENT'S ANSWER<br>TO PETITIONER'S MOTION<br>TO VACATE, SET ASIDE, OR<br>CORRECT SENTENCE |

Pursuant to Rule 5 of the Rules for § 2255 Proceedings, the United States makes its answer to the allegations set forth in Petitioner's motion.

RESPONSE TO PETITIONER'S ALLEGATIONS

The United States hereby denies each and every allegation set forth in the motion unless expressly admitted herein.

Petitioner has failed to state a claim for relief.

The United States refers the parties and this Court to the memorandum in support of this answer, which is incorporated herein by reference.

Dated and electronically filed September 28, 2022.

　　　　　　　　　　　　　　　　　ALISON J. RAMSDELL
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　*/s/ Eric Kelderman*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ERIC KELDERMAN
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　515 9th Street, Room 201
　　　　　　　　　　　　　　　　　Rapid City, SD 57701
　　　　　　　　　　　　　　　　　Telephone: (605) 342-7822
　　　　　　　　　　　　　　　　　E-mail: eric.kelderman@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2022, a true and correct copy of the Government's Answer to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence was served upon petitioner by placing the same in U.S. first-class mail, addressed as follows:

    Matthew Houff
    #79393-112
    Three Rivers FCI
    Inmate Mail/Parcels
    P.O. Box 4200
    Three Rivers, TX 78071

Dated and electronically filed September 28, 2022.

                ALISON J. RAMSDELL
                United States Attorney

                /s/ *Eric Kelderman*
                ERIC KELDERMAN
                Assistant United States Attorney
                515 Ninth Street, Room 201
                Rapid City, SD 57701
                Telephone: (605) 342-7822
                Email: eric.kelderman@usdoj.gov