UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW THOMAS HOUFF,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 4:22-CV-04070-KES<br><br>GOVERNMENT'S MOTION TO DISMISS PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE |

The United States of America, by and through Assistant United States Attorney Eric Kelderman, pursuant to Rule 12 of the Rules for Section 2255 Proceedings and Federal Rules of Civil Procedure 12(b)(6), files this Motion to Dismiss Petitioner's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255.  Petitioner has failed to state a claim for relief.

Accordingly, the United States of America requests that the Petitioner's motion for § 2255 relief be dismissed.

Dated and electronically filed September 28, 2022.

ALISON J. RAMSDELL
United States Attorney

*/s/ Eric Kelderman*

ERIC KELDERMAN
Assistant United States Attorney
515 9th Street, Room 201
Rapid City, SD 57701
Telephone: (605) 342-7822
E-mail: eric.kelderman@usdoj.gov

2 | P a g e

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2022, a true and correct copy of the Government's Motion to Dismiss Petitioner's Motion to Vacate, Set Aside, or Correct Sentence was served upon petitioner by placing the same in U.S. first-class mail, addressed as follows:

Matthew Houff
#79393-112
Three Rivers FCI
Inmate Mail/Parcels
P.O. Box 4200
Three Rivers, TX 78071

Dated and electronically filed September 28, 2022.

                ALISON J. RAMSDELL
                United States Attorney

                /s/ *Eric Kelderman*
                ERIC KELDERMAN
                Assistant United States Attorney
                515 Ninth Street, Room 201
                Rapid City, SD 57701
                Telephone: (605) 342-7822
                Email: eric.kelderman@usdoj.gov