UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW THOMAS HOUFF, <br><br> Movant, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 4:22-CV-04070-KES <br><br><br> JUDGMENT |

Under the Order Adopting the Report and Recommendation in Full and Granting Respondent's Motion to Dismiss, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondent and against movant, Matthew Thomas Houff.

Dated December 28, 2022.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE